UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEENA KLEINMAN, ET AL.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SOCIAL SERVICES AGENCY - ALAMEDA COUNTY, et al.,<br><br>　　　　Defendants. | Case No. 16-cv-06961-JSC<br><br>**AMENDED CASE SCHEDULING ORDER** |

Following the Further Case Management Conference held on August 2, 2018, the Case Management Schedule is amended as follows:

| | |
|---|---|
| Fact Discovery Cut-Off: | December 7, 2018 |
| Expert Witness Disclosures: | January 4, 2019 |
| Rebuttal Expert Witness Disclosures: | January 25, 2019 |
| Expert Discovery Cutoff: | March 8, 2019 |
| Deadline for Hearing Dispositive Motions: | May 16, 2019 |
| Final Pretrial Conference: | June 27, 2019 at 2:00 p.m. |
| Trial: | July 15, 2019 |

The deadline for the settlement conference before Judge Beeler is extended to December 31, 2018. A further Case Management Conference is scheduled for February 7, 2019 at 1:30 p.m. in Courtroom F, 450 Golden Gate Ave., San Francisco, CA. An updated Joint Case Management Conference Statement is due February 1, 2019.

**IT IS SO ORDERED**.

Dated: August 3, 2018

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge